# AFFIDAVIT OF SERVICE

| Case: 1:21-cv-00201-UNA | Court: United States District Court for the District of Delaware | County: New Castle, DE | Job: 5416389 |
|---|---|---|---|
| Plaintiff / Petitioner: SABLE NETWORKS, INC., and SABLE IP, LLC | | Defendant / Respondent: CHECK POINT SOFTWARE TECHNOLOGIES, LTD., and CHECK POINT SOFTWARE TECHNOLOGIES, INC., | |
| Received by: DLS Discovery | | For: Bayard Firm | |
| To be served upon: CHECK POINT SOFTWARE TECHNOLOGIES, INC., | | | |

I, Sam Cotton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Litigation Management Representative , Corporation Service Company: 251 Little Falls Dr, Wilmington, DE 19808

**Manner of Service:** Registered Agent, Mar 3, 2021, 1:53 pm EST

**Documents:** Summons and Complaint (Received Mar 3, 2021 at 12:00pm EST)

**Additional Comments:**
1) Successful Attempt: Mar 3, 2021, 1:53 pm EST at Corporation Service Company: 251 Little Falls Dr, Wilmington, DE 19808 received by Litigation Management Representative .

_____ 03/03/2021
Sam Cotton                          Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
03/03/2021
Date

Commission Expires
EXPIRES August 28, 2021
NOTARY PUBLIC STATE OF DELAWARE
JEFFREY A.