IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABLE NETWORKS, INC. and SABLE IP, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD. and CHECK POINT SOFTWARE TECHNOLOGIES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 21-201 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant Check Point Software Technologies, Inc. to move, answer, or otherwise respond to the Complaint is extended through and including April 23, 2021.

| | |
|---|---|
| BAYARD, P.A.<br><br>/s/ *Stephen B. Brauerman*<br>_____<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Plaintiffs* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br><br>*Attorneys for Defendant Check Point Software Technologies, Inc.* |

   SO ORDERED this _____ day of March, 2021.

                _____
                Chief, United States District Judge