IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABLE NETWORKS, INC. AND SABLE IP, LLC,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES, INC.,<br><br>    *Defendants*. | C.A. No. 21-201-LPS |

## STIPULATION OF DISMISSAL OF DEFENDANTS CHECK POINT SOFTWARE TECHNOLOGIES LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES, INC.

Plaintiffs Sable Networks, Inc. and Sable IP, LLC (collectively, "Sable") and Defendants Check Point Software Technologies Ltd. and Check Point Software Technologies, Inc. (collectively, "Defendants") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Sable and Defendants stipulate that:

1. Sable consents to dismissal WITH prejudice of all of its claims against Defendants in this suit.

2. Sable and Defendants shall each bear their own attorney fees and costs incurred in connection with this action.

1

Dated: April 23, 2021

| | |
|---|---|
| BAYARD, P.A.<br><br>*/s/ Ronald P. Golden III*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>OF COUNSEL:<br><br>BERGER & HIPSKIND LLP<br>Daniel P. Hipskind<br>Dorian S. Berger<br>9538 Brighton Way, Ste. 320<br>Beverly Hills, CA 90210<br>(323) 886-3430<br>dph@bergerhipskind.com<br>dsb@bergerhipskind.com<br><br>*Attorneys for Plaintiffs Sable Networks, Inc. and Sable IP, LLC* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br><br>*Attorney for Defendants Check Point Software Technologies Ltd. and Check Point Software Technologies, Inc.* |

       IT IS ORDERED this \_\_\_\_\_ day of _____, 2021.

                                              _____
                                              The Honorable Leonard P. Stark
                                              United States Chief District Judge